**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7710**

_____

MARINOS GELARDOS,

     Plaintiff - Appellant,

   v.

KENDRA BURR, Chief Nurse and Medical Administrator of
Medical at St. Brides Corr. Ctr.; ALVIN HARRIS, Dr. at St.
Brides Corr. Ctr.; MICHAEL BROWN, Capt. at St. Brides Corr.
Ctr.; THOMAS SAWYER, Major at St. Brides Corr. Ctr.; W. W.
PIXLEY, Warden at St. Brides Corr. Ctr.,

     Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (3:10-cv-00494-RLW)

_____

Submitted:  May 26, 2011     Decided:  May 31, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marinos Gelardos, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marinos Gelardos appeals the district court's order dismissing without prejudice his action under 42 U.S.C. § 1983 (2006), for failure to pay the partial filing fee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gelardos v. Johnson, No. 3:10-cv-00494-RLW (E.D. Va. Nov. 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED